UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division



FILED by ___ L.C.

DEC 0 1 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

Case No. 05-22671

**IN RE:**
Application of YOLANDA FIERRO ELETA and
VICTORIA-EUGENIA FIERRO ELETA for an Order
to Conduct Discovery for Use in a Foreign Legal
Proceeding Pursuant to 28 U.S.C. § 1782

_____/

### ~~PROPOSED~~ ORDER ON RESPONDENTS' MOTION TO QUASH

**THIS CAUSE** having come before the Court upon Respondents' Motion to Quash and Applicants' Request for Hearing, and after considering the parties' submissions, hearing oral argument on the same, and otherwise being fully informed in the premises, it is hereby:

**ORDERED and ADJUDGED** that Respondents will search for and produce by December 5, 2005:

1.  Documents responsive to the first five requests (Request Nos. (i) through (v)) in Applicants' subpoenas to Respondents (the "Subpoenas") to the extent they have not already been produced.

2.  Documents reflecting communications between January 1, 1991, and December 31, 1995 to and from Ignacio Fierro Viña involving the actual ownership of International Finance Bank ("IFB") and/or purchasing and ownership of real property located at 1432 Brickell Avenue, Miami, Florida, 33131, contained within the files of

MI1:\171728\03\3_$803!.DOC\45191.0003

Amadeo Lopez Castro, Javier Aguirre, Robert Londono, Ruben Gomez, Myriam Nicholls-Reyes and Maria Chamochumbi.

3. The applications for accounts held or otherwise maintained by IFB in the name of Iberoamericana de Fomento S.L., Grupo Iberoamericano de Fomento S.A., Keystone Investment Corporation, Farmington S.A., and Record Ltd.

4. The authorization cards for accounts held or otherwise maintained by IFB in the name of Iberoamericana de Fomento S.L., Grupo Iberoamericano de Fomento S.A., Keystone Investment Corporation, Farmington S.A., and Record Ltd.

5. Communications to or from Ignacio Fierro Viña in the files of the accounts held or otherwise maintained by IFB in the name of Iberoamericana de Fomento S.L., Grupo Iberoamericano de Fomento S.A., Keystone Investment Corporation, Farmington S.A., and Record Ltd.

6. Documents effectuating the transfer of funds (including dividends) on or between January 1, 1993 and June 15, 2002, from Fosforera Peruana S.A., Fosforera Centroamerican S.A., Fonandes S.A., Fosforera Suramericana C.A., Fosforera Ecuatoriana S.A., Fosforos Sud Americana S.A., and Fosforera Brasileira to accounts held or otherwise maintained by IFB in the name of Iberoamericana de Fomento S.L., Grupo Iberoamericano de Fomento S.A., Keystone Investment Corporation, Farmington S.A., Record Ltd., United Industries, Ltd., Blue Angel Holdings, S.A., Emerald Investments Corp., Lincoln Finance Company, Pensa Ltd., International Merchant Bank, Ltd., and Allied Holdings, Ltd.

3

Applicants have leave to seek further discovery from this Court after communicating with the Judge presiding over the court proceedings in Spain.

**DONE AND ORDERED** in Chambers in Miami-Dade County, Miami, Florida, on ~~November~~ December 1, 2005.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies to counsel of record.